**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **EDGARDO MUNIZ  AND XAVIER NEGRON** ) | **CASE NO:** |
|     **Plaintiffs** ) | **3:07-CV-0028 (JCH)** |
| **V.** ) | |
| ) | **NOTICE OF DISMISSAL** |
| **COLONIAL MOTORS, INC.** ) | |
|     **Defendant** ) | |
| ) | **MARCH 15, 2007** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiffs, Edgardo Muniz and Xavier Negron, through their

attorney Daniel S. Blinn, hereby gives notice that the claims of the above-entitled action shall be

dismissed with prejudice and without costs.

PLAINTIFFS, EDGARDO MUNIZ,
and XAVIER NEGRON

By: /s/Daniel S. Blinn
Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408  Fax (860) 571-7457
Fed Bar No. ct02188

## CERTIFICATION

I hereby certify that on this 15th day of March, 2007, a copy of the foregoing Notice of Dismissal for failure to plead was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn